IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> ALBERTO GIOVANNI ZAMORA, and JUAN JESUS NAVA, <br><br> Defendants. | 4:17-CR-3109 <br><br> ORDER |

The defendants, Alberto Giovanni Zamora and Juan Jesus Nava, have objected (filing 65) and (filing 67) to the Magistrate Judge's Findings and Recommendation (filing 63) denying the defendants' motions to suppress (filing 45) and (filing 47). The Court has conducted a de novo review of the motions to suppress, pursuant to 28 U.S.C. § 636(b)(1). The Court concurs in the Magistrate Judge's factual findings and legal analysis, and finds the defendants' objections to be without merit. The Court will therefore adopt the Findings and Recommendation of Magistrate Judge Cheryl R. Zwart.

IT IS ORDERED:

1. The Magistrate Judge's Findings and Recommendation and Order (filing 63) are adopted.

2. The defendants' objections (filing 65) and (filing 67) are overruled.

3. The defendants' Motions to Suppress (filing 45) and (filing 47) are denied.

Dated this 4th day of January, 2018.

BY THE COURT:

_John M. Gerrard_
John M. Gerrard
United States District Judge