IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:17-CR-3109 |
| vs. | ORDER |
| ALBERTO GIOVANNI ZAMORA, | |
| Defendant. | |

IT IS ORDERED that:

1. The defendant's Unopposed Motion to Continue Sentencing Hearing (filing 109) is granted.

2. Defendant Alberto Giovanni Zamora's sentencing is continued to June 29, 2018, at 11:00 a.m., before the undersigned United States District Judge, in Courtroom No. 1, Robert V. Denney United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present at the hearing.

Dated this 18th day of April, 2018.

BY THE COURT:

John M. Gerrard
United States District Judge